**Electronically Filed
Supreme Court
SCWC-15-0000361
16-NOV-2016
11:01 AM**

SCWC-15-0000361

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ASSOCIATION OF APARTMENT OWNERS OF CENTURY CENTER BY AND THROUGH
ITS BOARD OF DIRECTORS,
Petitioner/Plaintiff-Appellee,

vs.

LILY TAI NOMURA,
Respondent/Defendant-Appellant,

and

RICHARD LEE,
Respondent/Applicant for Intervention-Appellant,

and

DANNY ROBERTS, MICHAEL SPENCER, SAMANTHA COOK, ALETTA
FLEISCHINGER, KAYLA FERNANDEZ, KAYCEE HABAN, ALIX LUNSFORD, HANS
BRODO, LILY LUM, CHRISTOPHER SCHULTE, LYLE NAM PAK, TOM SALT,
LOGAN CROWLEY, AND ERIN BARASKY,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000361; CIVIL CASE NO. 1RC14-1-7636)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee Association of Apartment

Owners of Century Center Inc.'s application for writ of

certiorari filed on October 12, 2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 16, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

